**Kevin Lynn FERNANDEZ,**
**Plaintiff–Appellant,**

v.

**State of NEVADA; et al., Defendants–**
**Appellees.**

No. 08–15947.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 15, 2009.*

Filed Jan. 8, 2010.

Kevin Lynn Fernandez, Lovelock, NV, pro se.

Alicia Lerud, Office of the Nevada Attorney General, Carson City, NV, for Defendants–Appellees.

Before: GOODWIN, WALLACE, and CLIFTON, Circuit Judges.

MEMORANDUM **

Kevin Lynn Fernandez, a Nevada state prisoner, appeals pro se from the district court's order denying his motion for leave to proceed using a pseudonym. We have jurisdiction under 28 U.S.C. § 1291. We review for an abuse of discretion. *Does I Thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1069 (9th Cir.2000). We affirm.

The district court did not abuse its discretion by denying leave to proceed using a pseudonym because there were no special or unusual circumstances that justified protection of Fernandez's identity. *See United States v. Stoterau,* 524 F.3d 988, 1012–14 (9th Cir.2008) (rejecting a request for a pseudonym based on the nature of the prisoner's conviction as a sex offender "because this concern is equally present for all similarly situated sex offenders who face prison sentences," and questioning the value of pseudonymity where the prisoner's conviction was a matter of public rec-

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Fernandez's request for oral argument is denied.

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

ord and many of the documents were not submitted under seal).

**AFFIRMED.**